UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

Viecura Inc.

                         Plaintiff,

v.

UNITED STATES,

                         Defendant.

**S U M M O N S**

Court No. 21-00154

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | Boston - 0401 | Date Protest Filed: | September 28, 2020 |
| Protest Number: | 0401-20-102363 | Date Protest Denied: | October 29, 2020 |
| Importer: | Viecura Inc. | | |
| Category of Merchandise: | incontinence fixation pants | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 901-1124622-0 | May 5, 2019 | April 3, 2020 | 901-1124667-5 | May 10, 2019 | April 10, 2020 |
| 901-1124707-9 | May 18, 2019 | April 17, 2020 | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
10 Causeway Street, Suite 603
Boston, MA 02222

Address of Customs Port in
Which Protest was Denied

Herbert J. Lynch, Esq.
Sullivan & Lynch, P.C.
800 Turnpike Street, Suite 300
North Andover, MA 01845
tel: 617-591-8787
email: Lynch @S-L.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| incontinence fixation pants | 6108.22.9020 | 15.6% | 9817.00.96 - 6108.22.9020 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: denial of entitlement to entry under Subheading 9817.00.96, Harmonized Tariff Schedule of the United States (HTSUS)

The issue which was common to all such denied protests:

whether incontinence fixation pants are specially designed or adapted for the use or benefit of the physically handicapped entitled to entry under HTSUS subheading 9817.00.96

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Herbert J. Lynch
*Signature of Plaintiff's Attorney*

April 5, 2021
*Date*