UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

| | |
|---|---|
| VIECURA, INC., | : |
| | : |
| Plaintiff, | : Court No. 21-00154 |
| | : |
| v. | : |
| | : |
| UNITED STATES, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward F. Kenny, hereby enters his appearance as attorney of record for the United States, defendant, in the above-captioned actions, and requests that all papers in connection therewith be referred to his attention.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General
    Civil Division

    JEANNE E. DAVIDSON
    Director

By:    /s/ Justin R. Miller
    JUSTIN R. MILLER
    Attorney-in-Charge

    /s/Edward F. Kenny
    EDWARD F. KENNY
    Senior Trial Counsel
    International Trade Field Office
    Department of Justice, Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Room 346
    New York, New York 10278
    Attorneys for Defendant

Dated: April 5, 2021    (212) 264-0480 or 9230