UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------------- X
VIECURA INC.                                    :
                                                :
         Plaintiff,                             :
                                                :
     v.                                         :    Consol. Court No. 21-154
                                                :
UNITED STATES,                                  :
                                                :
         Defendant.                             :
------------------------------------------------------------------- X
```

## COMPLAINT

1. Plaintiff Viecura Inc. ("Viecura") brings this action to contest the denial of its 19 U.S.C. § 1514 protest against the classification, in liquidation, and assessment of duty on, certain entries of certain imported incontinence pants.

## JURISDICTION

2. All liquidated duties, taxes, and fees were paid prior to the commencement of this action. The action was timely filed within 180 days from the date of protest denial. This Court has jurisdiction over the action pursuant to 28 U.S.C. § 1581(a).

## PARTIES

3. Plaintiff is a corporation organized and existing under the Laws of Rhode Island. Located in Cumberland, Rhode Island, plaintiff is an importer and wholesaler of various medical textile products.

4. Defendant, United States, is the Federal defendant. Its agency United States Customs and Border Protection ("Customs" or "CBP"), a component of Department of Homeland Security ("DHS"), is responsible, inter alia, for the processing of protests filed pursuant to Section 14 of the Tariff Act of 1930, as amended 19 U.S.C. §1514, and has a statutory

obligation, pursuant to 19 U.S.C. §1515, to review protests and to allow or deny them in whole or in part.

## STANDING

5. Plaintiff is the importer of record of the merchandise which is the subject of this action, and is the real party in interest.

## STATEMENT OF FACTS

6. The merchandise in question are incontinence fixation pants. These pants are designed to hold a disposable and reusable absorbent pad for use by adults and children afflicted with permanent or chronic incontinence problems.

7. Plaintiff believes these goods are properly subject to secondary classification under subheading 9817.00.96 of the Harmonized Tariff Schedule of the United States ("HTSUS") which provides duty free entry for:

> Articles specially designed or adapted for the use or benefit of the blind or other physically or mentally handicapped persons; parts and accessories (except parts and accessories of braces and artificial limb prosthetics) that are specially designed or adapted for use in the foregoing articles: Other

Goods entered under this secondary classification are entitled to duty-free treatment.

8. From May 5, 2019 to November 25, 2019, Plaintiff imported the incontinence pants at issue at the Port of Boston, Massachusetts, under cover of the Customs consumption entries shown on the Summons in this consolidated case. Customs liquidated these entries under subheading 6108.22.9020, HTSUS, and assessed duty at the rate of 15.6% *ad valorem* plus a Section 301 duty dependent on the date of entry.

9. On the dates reflected in the summons in this action plaintiff filed various protests contesting the classification and rate and amount of duty assessed in liquidation, pursuant to 19 U.S.C. § 1514(a)(2).

10. On the dates reflected in the summons, Customs denied these protests. Respectively on April 5, 2021 and September 28, 2021, plaintiff timely filed the summonses in this consolidated case.

11. The products in question are unisex knit underpants comprised between 90% and 96% by weight of polyester, with the remainder spandex or elastane yarns.

12. The products are known commercially and scientifically as "incontinence fixation pants", and are part of a two-piece incontinent care system created in 1979 by the Slovakian medical textile manufacturer Tytek A/S.

13. The two-piece "incontinence fixation" system for handling incontinence features the washable, reusable pants which are the subject of this action, and disposable absorbent pads which are designed to be worn under the pants and held securely in place thereby.

14. The subject pants are produced by a circular knitting process combined with sewing, hydro fixation and drying, such operations being performed in the People's Republic of China.

15. The incontinence fixation pants have several special design features which are for the use and benefit of physically handicapped individuals suffering from chronic incontinence. The first is a wide waistband with substantial spandex content, designed to hold the pant tight across the wearer's midriff.

16. The incontinence fixation pants also feature elasticized leg openings, designed to keep the pant snugly on the wearer's body, and to prevent slippage.

17. Some models of the incontinence fixation pants feature elastic bands sewn around the circumference of the garment, designed to keep the garment snug against the wearer's body to ensure the absorbent pad placed inside the pant remains in position.

18. The tightening effect of the pants is enhanced by seamless side construction, which allows the garment to remain figure-hugging and tight over the wearer's body.

19. The fixation pants' special design for use by the handicapped is shown by the lack of a gusset in its construction.

20. The fixations pants' special design for use by the handicapped is also shown by the deeper crotch construction, which is designed to accommodate the absorbent liner.

21. Plaintiff publishes and distributes flyers showing caregivers how to put the pants and absorbent pads on patients, with different instructions depending on whether the wearer is bedridden, in a sitting position, or standing.

22. The incontinent fixation pants are available in a wide range of sizes, including small/medium (20-37 inch waistband), large/extra-large (28-52 inch waistband), 2XL/3XL (38-62 inch waistband) and bariatric (48-72 inch waistband).

23. The incontinent fixation pants are marketed and used with a variety of disposable absorbent pads, including "Day light pads", "Day regular" pads, "Day Plus" pads and "Night/Super Pad). The selection of the pad depends on the degree of disability of the wearer, i.e., whether they are able to toilet regularly, whether they require assistants to use the toilet, and whether they have urinary or bowel incontinence, or both.

24. The pants are designed to hold the absorbent pad in place without creating unattractive bulging in the user's clothing.

25. The pants are sold primarily, if not exclusively sold to and by medical supply companies.

26. The pants are sold extensively in bulk to nursing homes, long-term care and assisted living facilities which care for the elderly and handicapped.

27. The incontinence fixation pants are classified by the Food and Drug Administration (FDA) as "Class 1 Medical Devices" and plaintiff's fixation pants are registered with the FDA as Class 1 Medical Devices.

28. Plaintiff's facility is registered with the FDA as a medical facility.

## COUNT I

29. Plaintiff repeats and incorporates by reference paragraphs 1 through 28 as though they were fully set forth herein.

30. The subject incontinence fixation pants were classified in liquidation under subheading 6108.22.90, HTSUS which provides:

    | | |
    |---|---|
    | 6108: | Women's or girls' slips, petticoats, briefs, panties, night dresses, pajamas, negligees, bathrobes, dressing gowns and similar articles, knitted or crocheted: |
    | * * * * | |
    | 6108.22 | Of man-made fibers: |
    | * * * * | |
    | 6108.22.90 | Other… 15.6 % |

    Under this subheading the goods are dutiable at a rate of 15.6% *ad valorem* plus, depending on the date of entry Section 301 tariffs imposed on Products of China.

31. Incontinence is a condition characterized by loss of urinary or bowel control. It can adversely affect a sufferer's quality of life and self-esteem.

32. Urinary incontinence is more common in older individuals, and can be caused by a number of factors including pelvic floor disorders and enlarged prostate glands. Certain types of urinary incontinence may result from multiple sclerosis, stroke or diabetes.

33. Bowel or fecal incontinence is more common in older people, and may be caused by muscle or nerve damage, or other conditions.

34. The subject incontinence fixation pants are designed to help handicapped persons cope with incontinence, but they are not therapeutic and do not cure the condition.

35. Since the subject pants articles are specially designed for the use of handicapped persons, the subject incontinence pants are properly classified under subheading 9817.00.96, which provides for:

> Articles specially designed or adapted for the use or benefit of the blind or other physically or mentally handicapped persons; parts and accessories (except parts and accessories of braces and artificial limb prosthetics) that are specially designed or adapted for use in the foregoing articles

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays that this Court grant judgment in its favor, and request that this Court:

i. direct the United States Customs and Border Protection at the Port of Boston to reliquidate the entries subject to this action under subheading 9817.00.96, HTSUS.

ii. order a refund on any deposited duties under subheading 6108.22.90 plus any Section 301 duties assessed in liquidation, with interest as provided by law; and

iii. provide such other and further relief as this Court may deem just.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel for Plaintiff*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

Herbert J. Lynch
Sullivan & Lynch, P.C.
*Counsel for Plaintiff*
800 Turnpike Street, Suite 300
North Andover, MA 01845
(617) 591-8787
lynch@s-l.com