## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VIECURA INC., <br><br>                    Plaintiff, <br><br>          v. <br><br>UNITED STATES, <br><br>                    Defendant. | **Consol. Court No 21-00154** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Jennifer Choe-Groves, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

                                                    /s/ Mark A. Barnett  
                                                   Mark A. Barnett  
                                                   Chief Judge